# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHANNON KANE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:12-cr-00162-GMN-PAL <br><br> **ORDER** <br><br> (Mtn to Dismiss Counsel - Dkt. #38) |

This matter is before the court on Defendant Shannon Kane's pro se Motion to Dismiss Counsel and Appoint New Counsel (Dkt. #38) filed January 11, 2013.

The grand jury returned an Indictment (Dkt. #1) against Mr. Kane on May 9, 2012, charging him with possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Mr. Kane made an initial appearance on May 11, 2012, entered a not guilty plea, and the Federal Public Defender was appointed to represent him. *See* Minutes of Proceeding (Dkt. #11). The instant motion was filed by Mr. Kane, not his counsel. Local Rule IA 10-6(a) provides, "A party who has appeared by attorney cannot while so represented appear of act in this case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." LR IA 10-6(a). Mr. Kane is represented by counsel, Ms. Nisha Brooks-Whittington, Assistant Federal Public Defender. His Motion does not state any reason for the request to dismiss Ms. Brooks-Whittington or appoint new counsel. Accordingly,

**IT IS ORDERED** that Mr. Kane's Motion to Dismiss Counsel (Dkt. #38) is DENIED.

Dated this 22nd day of January, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE